# United States Bankruptcy Court
### District of Arizona

In re **GV Hospital Management, LLC**  
Debtor(s)

Case No. **4:17-bk-03351**  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Green Valley Hospital, LLC<br>4455 S. I-19 Frontage Rd.<br>Green Valley, AZ 85622 | | | 100% Equity Ownership |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chairman of the Board** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 19, 2017**  
Signature **/s/ Grant Lyon**  
**Grant Lyon**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.