1  ILENE J. LASHINSKY (#003073)
   United States Trustee
2
3  LARRY L. WATSON (CA #193531)
   Trial Attorney
4  230 N. First Ave., Suite 204
   Phoenix, Arizona 85003-1706
5  Phone: (602) 682-2600
   FAX: (602) 514-7270
6  Email: Larry.Watson@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | In Proceedings under Chapter 11 |
|---|---|
| GV HOSPITAL MANAGEMENT, LLC, | Case No. 4:17-bk-03351-SHG |
| GREEN VALLEY HOSPITAL,CLLC, | Case No. 4:17-bk-03353-SHG |
| GV II HOLDINGS, LLC | Case No. 4:17-bk-03354-SHG |
| Debtors. | Jointly Administered |
| This pleading applies to: ALL debtors. | **APPOINTMENT OF OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS** |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtors, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the Official Joint Committee of Unsecured Creditors:

    1.    AB STAFFING SOLUTIONS, LLC
            Attn: Evan Burks
            3451 S. Mercy Road, Suite 102
            Gilbert AZ 85297
            Phone: 480-503-8910
            Email: JHulsizer@ABStaffing.com

| | | |
|---|---|---|
| 1 | 2. | DAVID M. JOSEPH MD |
| 2 | | 3390 N, Campbell, #110 |
| | | Tucson AZ 85719 |
| 3 | | Phone: 520-241-1882 |
| | | Fax: 888-723-2341 |
| 4 | | Email: dmjosephmd@gmail.com |
| 5 | 3. | EMPIRE SOUTHWEST, LLC |
| | | Attn: Stacey Kelly and John Helms |
| 6 | | 1725 South Country Club Drive |
| 7 | | Mesa AZ 85210 |
| | | Phone: 480-633-4000 |
| 8 | | Email: Stacy.Kelly@empire-cat.com |
| | | John.Helms@empire-cat.com |
| 9 | 4. | PADMON , LLC |
| 10 | | PO Box 4546 |
| | | Tubac AZ 85646 |
| 11 | | Phone: 520-612-8826 |
| 12 | | Email: luna_ivette@yahoo.com |

Dated: May 17, 2017          RESPECTFULLY SUBMITTED

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ LLW  (CA #193531
Larry L. Watson
Trial Attorney

Copy of the foregoing emailed to the committee
members and attorney for debtors on May 17, 2017:

S. CARY FORRESTER
Forrester & Worth, PLLC
3636 North Central Avenue, Suite 700
Phoenix AZ 85012
scf@forresterandworth.com
Attorney for Debtors


/s/ CMP

| | |
|---|---|
| 1 | Carol Popovich |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |