ILENE J. LASHINSKY (#003073)
United States Trustee

LARRY L. WATSON (CA #193531)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona  85003-1706
Phone: (602) 682-2600
FAX:   (602) 514-7270
Email:  Larry.Watson@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings under Chapter 11 |
|---|---|
| GV HOSPITAL MANAGEMENT, LLC, | Case No.  4:17-bk-03351-SHG |
| GREEN VALLEY HOSPITAL,CLLC, | Case No.  4:17-bk-03353-SHG |
| GV II HOLDINGS, LLC | Case No.  4:17-bk-03354-SHG |
| Debtors. | Jointly Administered |
| This pleading applies to:   ALL debtors. | **AMENDED APPOINTMENT OF OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS  (to correct Member No. 2)** |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtors, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the Official Joint Committee of Unsecured Creditors:

    1.    AB STAFFING SOLUTIONS, LLC
Attn: Evan Burks
3451 S. Mercy Road, Suite 102
Gilbert AZ 85297
Phone: 480-503-8910
Email: JHulsizer@ABStaffing.com

| | |
|---|---|
| 1 | |
| 2 | |

    **2.**    **SOUTHERN AZ ANESTHESIA SERVICES PC**
ATTN: David M. Joseph, MD
3390 N, Campbell, #110
Tucson AZ 85719
Phone: 520-241-1882
Fax: 888-723-2341
Email: dmjosephmd@gmail.com

    3.    EMPIRE SOUTHWEST, LLC
Attn: Stacey Kelly and John Helms
1725 South Country Club Drive
Mesa AZ 85210
Phone: 480-633-4000
Email: Stacy.Kelly@empire-cat.com
           John.Helms@empire-cat.com

    4.    PADMON , LLC
PO Box 4546
Tubac AZ 85646
Phone: 520-612-8826
Email: luna_ivette@yahoo.com

Dated: June 5, 2017           RESPECTFULLY SUBMITTED

                                            ILENE J. LASHINSKY
                                          United States Trustee
                                          District of Arizona

                                          /s/ LLW  (CA #193531
                                          Larry L. Watson
                                          Trial Attorney

Copy of the foregoing emailed to the committee
members and attorney for debtors on June 5, 2017:

S. CARY FORRESTER
Forrester & Worth, PLLC
3636 North Central Avenue, Suite 700
Phoenix AZ 85012
scf@forresterandworth.com
Attorney for Debtors

| 1 | /s/ CMP |
|---|---|
| 2 | Carol Popovich |