# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | GV HOSPITAL MANAGEMENT, LLC |
| **Case Number:** | 4:17-BK-03351-SHG    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, FEBRUARY 02, 2018 09:00 AM   COURTROOM 329 |
| **Bankruptcy Judge:** | SCOTT H. GAN |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | RENEE BRYANT |

## *Matter:*

HEARING ON DEBTORS' MOTION FOR ENTRY OF ORDER (A) APPROVING ASSET PURCHASE AGREEMENT BETWEEN DEBTORS AND BUYER; (B) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (C) AUTHORIZING THE ASSUMPTION, ASSIGNMENT, AND SALE OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (D) GRANTING CERTAIN RELATED RELIEF. (cont. from 1/30/18

**R / M #:**   616 / 0

## *Appearances:*

S. CARY FORRESTER, ATTORNEY FOR GV HOSPITAL MANAGEMENT, LLC
BRYON FORRESTER, ATTORNEY FOR GV HOSPTIAL MANAGEMENT, LLC
STEVEN D. JEROME, ATTORNEY FOR GREEN VALLEY MEDICAL INVESTMENTS LLLP
BRADLEY COSMAN, ATTORNEY FOR UNSECURED CREDITORS' COMMITTEE
KELLY SINGER, ATTORNEY FOR LATERAL U.S. CREDIT OPPORTUNITIES FUND, L.P.
GENEVIEVE WEINER, ATTORNEY FOR LATERAL U.S. CREDIT OPPORTUNITIES FUND, L.P.,
SAMUEL NEWMAN, ATTORNEY FOR LATERAL U.S. CREDIT OPPORTUNITIES FUND L.P.
ALISA C. LACEY, ATTORNEY FOR CERNER CORPORATION
LARRY L. WATSON, ATTORNEY FOR THE U.S. TRUSTEE
JOHN C. SMITH, ATTORNEY FOR GE HEALTHCARE
DENISE ANN FAULK, ATTORNEY FOR THE UNITED STATES
ROBERT M. CHARLES, JR, ATTORNEY FOR SQN ASSET FINANCE

## *Proceedings:*

Mr. Forrester advises parties are working on a settlement that should resolve all objections and pending claims.  At this time he requests this hearing be continued until this afternoon.

3:00 P.M.

Mr. Forrester advises he now has an agreed upon form order that all objectors have agreed to and that addresses all of the Court's concerns.

All parties present in the courtroom approve the Order as to form and content without the need to sign off the Order.

COURT:  IT IS ORDERED APPROVING THE DEBTOR'S MOTION FOR ORDER APPROVING ASSET PURCHASE AGREEMENT.  THE COURT WILL SIGN AN ORDER WHEN SUBMITTED.

IT IS FURTHER ORDERED SETTING A STATUS HEARING ON MARCH 5, 2018, AT 1:30 P.M.